IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
_____ DIVISION

KATHERINE GARRETT                                                    PLAINTIFF

V.                          CASE NO. CW-13-487

ZIMMER CORPORATION A/K/A
ZIMMER MANUFACTURING COMPANY, INC,
ZIMMER UNITED STATES, AND ZIMMER
HOLDINGS, INC.                                                      DEFENDANT

*FILED*
2013 JUN 24 PM 1 22
JE NIE PIKE
GARLAND CO. CIRCUIT CLERK
BY _____

## COMPLAINT

COMES NOW the Plaintiff, Katherine Garrett, by and through his attorney, Michael R.

Lipscomb of Wallace, Martin, Duke & Russell, PLLC and for his Complaint would show as follows:

1.      Plaintiff, Katherine Garrett, is a resident of Arkansas and the events relevant to this

cause occurred in Garland County, Arkansas.

2.      Defendant is a corporation and is incorporated in Delaware and can be served by

serving it president or CEO at 345 East Main Street, Warsaw, Indiana.

3.      On or about 2003 and 2005 Plaintiff, Katherine Garrett, had left and right knee

replacements with Nextgen knee replacements manufactured by the Defendant.  Said knee

replacements were negligently manufactured and were defective and unreasonably dangerous to the

consumer and to Plaintiff, Katherine Garrett.

4.      Plaintiff, Katherine Garrett, experienced problems with the replacements which

caused great pain and difficulty so that by 2011 Plaintiff, Katherine Garrett, could not walk or stand

and was very sick.

5.      As a result of the loosening and defective knee replacements Plaintiff, Katherine

Garrett has had to undergo two (2) total revisions to install new replacements for the defective ones.

6.      As a direct proximate result Plaintiff, Katherine Garrett, has suffered medical

EXHIBIT
A

expense, disability, pain and suffering, mental anguish both past and future.

Wherefore Plaintiff, Katherine Garrett, prays:

a.    That process issue and be served on the Defendant.

b.    That Plaintiff be awarded damages of one (1) million dollars.

c.    That Plaintiff have a jury to try this cause and she be awarded costs and such

relief as to which she may be entitled.

Respectfully submitted,

MICHAEL R. LIPSCOMB, #2005009
Wallace, Martin, Duke & Russell, PLLC
212 Center Street, Suite 100
Little Rock, AR 72201
Tel: 501-375-5545
Fax: 501-374-9515
E-mail: mrlipscomb1@yahoo.com

IN THE GARLAND COUNTY CIRCUIT COURT, ARKANSAS
18TH EAST CIRCUIT DIVISION I

KATHERINE GARRETT

V

ZIMMER CORPORATION
A/K/A ZIMMER MANUFACTURING COMPANY INC
ZIMMER UNITED STATES AND ZIMMER HOLDINGS, INC.

26CV-13-487

**SUMMONS**

RECEIVED BY

JUL 3 0 2013

LEGAL DEPARTMENT

**THE STATE OF ARKANSAS TO DEFENDANT:**

ZIMMER CORPORATION A/K/A
ZIMMER MANUFACTURING COMPANY, INC,
ZIMMER UNITED STATES, AND ZIMMER HOLDINGS, INC.

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL RLIPSCOMB
212 CENTER STREET
SUITE 100
LITTLE ROCK AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerk's Office

JEANNIE PIKE, CIRCUIT CLERK
GARLAND COUNTY CIRCUIT COURT
501 OUACHITA
HOT SPRINGS, AR 71901

By: _____ ,DC
Tracey L. Bauer, Garland Co. Deputy
Clerk

Date:  June 24, 2013

[SEAL]

**EXHIBIT**

B

No. 26CV-13-487 This summons is for *ZIMMER CORPORATION* (name of Defendant).

### PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____     By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

Return filed this _____day of_____, _____

JEANNIE PIKE, CIRCUIT CLERK

By:_____D.C.
Tracey L. Bauer, Garland Co. Deputy Clerk